**Below is the Order of the Court.**



_Paul B. Snyder_

**Paul B. Snyder
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re:<br><br>**Thuy Lien Hoang; and<br>Mark Joseph Hubbard**,<br><br>Debtors. | Case No. **14-45786**<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |
|---|---|

In accordance with the 11 U.S.C. §105(d), Fed. R. Civ. P. 16, and Fed. R. Bankr. P. 7016 and 9014, a Case Management Conference (Conference) will be held on **April 13, 2015 , at 1:30 p.m., in the United States Bankruptcy Court, Federal Building, 500 West 12th Street, Vancouver, Washington.** The purpose of the Conference is to expedite the Chapter 11 case.

At the Conference, the Court may consider and take action with respect to the formulation and simplification of issues in the Chapter 11 proceeding.  Debtors must be present at the conference.

ORDER SCHEDULING CASE
MANAGEMENT CONFERENCE - 1

The parties should be prepared to discuss a summary of the Debtors proposed plan of reorganization and anticipated date of filing;  it is hereby

**ORDERED** that the Debtors and their counsel are required to appear on **April 13, 2015, at 1:30 p.m., in the United States Bankruptcy Court, Federal Building, 500 West 12th Street, Vancouver, Washington.**

///End of Order///

ORDER SCHEDULING CASE
MANAGEMENT CONFERENCE - 2