UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re

Thuy Lien Hoang and
Mark Joseph Hubbard,

          Debtors.

No. 14-45786 PBS

NOTICE OF SUBSTITUTE APPEARANCE AND WITHDRAWAL OF REPRESENTATION

TO: DEBTORS, COUNSEL FOR DEBTORS, and CLERK OF THE COURT:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Kathryn E. Perkins hereby substitutes and enters her appearance on behalf of the United States Trustee for Region 18 and requests that copies of any documents, except proofs of claim, be served on:

    Kathryn E. Perkins
    Office of the United States Trustee
    United States Courthouse
    700 Stewart Street, Ste. 5103
    Seattle, WA 98101-1271
    (206) 553-2000, (206) 553-2566 fax

PLEASE TAKE FURTHER NOTICE that Thomas A. Buford III hereby withdraws from representation of the United States Trustee.

DATED April 13, 2015

                        Respectfully submitted,

                        GAIL BREHM GEIGER
                        Acting U.S. Trustee for Region 18

                        /s/ Kathryn E. Perkins
                        Kathryn E. Perkins, CABA #240149
                        Attorney for the United States Trustee

NOTICE OF SUBSTITUTE APPEARANCE AND
WITHDRAWAL OF REPRESENTATION
Page - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 14-45786-PBS    Doc 31    Filed 04/13/15    Ent. 04/13/15 12:53:43    Pg. 1 of 1