Motschenbacher & Blattner, LLP  
117 SW Taylor St., Suite 200  
Portland, OR 97204  
Telephone: (503) 417-0508  
Facsimile: (503) 417-0528  

The Honorable Paul B. Snyder  
United States Bankruptcy Court  
Chapter 11 Proceeding  

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| In re:<br><br>Thuy Lien Hoang; and<br>Mark Joseph Hubbard<br><br>                Debtors. | Case No. 14-45786<br><br>NOTICE OF HEARING TO APPROVE DISCLOSURE STATEMENT |
|---|---|

**NOTICE OF HEARING**

TO: Clerk of the Court, US Trustee, Debtors and all parties listed on the attached mailing matrix.

      Thuy Lien Hoang and Mark Joseph Hubbard ("the Debtors") have filed their Disclosure Statement and proposed Plan of Reorganization with the Court. In accordance with Local Rule 3017-1 you are being given notice of this filing and opportunity to be heard on the adequacy of the Disclosure Statement as a prelude to disseminating the Disclosure Statement and Plan of Reorganization to creditors and parties entitled to vote on the Debtors' Plan.

      A hearing will take place to consider the adequacy of the Disclosure Statement on **May 5th, 2015 at 9:00 AM**, at the Vancouver Federal Building, 500 W 12th St, Second Floor, Vancouver WA 98660.

      IF YOU OPPOSE the Proposed Disclosure Statement, you must file and serve your opposition **not later than April 28, 2015**. There will be a telephonic conference of attorneys for those parties objecting to the Plan and Disclosure Statement on **April 30 at 1:00 PM**. The attorney for each objecting party shall attend the conference. Please contact Troy G. Sexton, at 503-417-0517 to arrange attendance at the conference.

Page 1 – NOTICE OF HEARING

Motschenbacher & Blattner, LLP  
117 SW Taylor St., Suite 200  
Portland, OR 97204  
Phone: (503) 417-0500  
Fax: (503) 417-0501  

Case 14-45786-PBS    Doc 32    Filed 04/13/15    Ent. 04/13/15 13:44:34    Pg. 1 of 2

If no objections are filed, counsel for the Debtors may present an order approving the Disclosure Statement without the necessity of a formal hearing.

Dated: April 13, 2015         /s/ Nicholas J. Henderson
                              Nicholas J. Henderson, WSBA No. 44626
                              Attorney for Debtors

Page 2 – NOTICE OF HEARING

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 14-45786-PBS    Doc 32    Filed 04/13/15    Ent. 04/13/15 13:44:34    Pg. 2 of 2