In re: Thuy Lien Hoang and Mark Joseph Hubbard
Case No. 14-45786

**Served via ECF:**

- Jennifer L Aspaas    ecf@rcolegal.com
- Jessica Bandlow    jbandlow@robinsontait.com
- Thomas A Buford    Thomas.A.Buford@usdoj.gov, Tara.Maurer@usdoj.gov;martha.a.vandraanen@usdoj.gov
- Nicholas J Henderson    nhenderson@portlaw.com, csturgeon@portlaw.com;tsexton@portlaw.com
- James P Laurick    jlaurick@kilmerlaw.com, tparcell@kilmerlaw.com
- Troy G Sexton    tsexton@portlaw.com, mmyers@portlaw.com
- United States Trustee    USTPRegion18.SE.ECF@usdoj.gov

**Served via First Class Mail:**

**Secured Creditors:**

Clark County Tax Assessor
PO Box 5000
Vancouver, WA 98666

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

US Bank
PO Box 790415
St. Louis, MO 63179-0415

US Bank
Attn: Jan Estep
425 Walnut Street
Cincinnati, OH 45202

**Unsecured Creditors:**

205 Place Associates, LLC
c/o Barry A. Cain, R.A.
19767 SW 72nd Avenue
Suite 100
Tualatin, OR 97062-8352

Gramor Development
Unit 1127
PO Box 2369
Portland, OR 97208-2369

Gramor Development, Inc.
c/o Kurt Miller, Prop Manager
19767 SW 72nd Avenue
Suite 100
Tualtin, OR 97062-8352

Allergy Clinic
511 SW 10th Avenue
Suite 1301
Portland, OR 97205

American Express
PO Box 650448
Dallas, TX 75265

Bank of America
PO Box 851001
Dallas, TX 75285

Discover
PO Box 29033
Phoenix, AZ 85038

Immix Law Group PC
121 SW Salmon Street
Suite 1000
Portland, OR 97204

Nordstrom Bank
PO Box 79137
Phoenix, AZ 85062

PeaceHealth SW Medical Center
PO Box 1588
Vancouver, WA 98668

Practice Max
9382 E. Bahia Drive
Suite B202
Scottsdale, AZ 85260

Sallie Mae
Attn: Claims Department
PO Box 9400
Wilkes Barre, PA 18773

Sears
PO Box 688957
Des Moines, IA 50368

T.H.E.
Great Lakes
PO Box 3059
Milwaukee, WI 53201

Wells Fargo
PO Box 202902
Dallas, TX 75320

Wells Fargo
Payment Remittance Center
PO Box 54349
Los Angeles, CA 90054

**Debtors:**

Lien Thuy Hoang
Mark Hubbard
17710 SE Evergreen Hwy.
Vancouver, WA 98683