UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| In re:<br><br>Thuy Lien Hoang; and<br>Mark Joseph Hubbard<br><br>      Debtors. | Case No. 14-45786<br><br>ORDER APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN AND TO THE CONFIRMATION OF THE PLAN (PROPOSED) |
|---|---|

   A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtors on April 6, 2015, with respect to a plan under Chapter 11 of the Code filed by the Debtors, it is hereby

**ORDERED AS FOLLOWS AND NOTICE IS HEREBY GIVEN THAT:**

   1.  The disclosure statement filed by the Debtors is approved.

   2.  _____, 2015, is fixed as the last day for filing written acceptances or rejections of the Plan referred to above.

Page 1 – ORDER APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN AND TO THE CONFIRMATION OF THE PLAN

**Motschenbacher & Blattner, LLP**
**117 SW Taylor St., Suite 200**
**Portland, OR 97204**
**Phone: (503) 417-0500**
**Fax: (503) 417-0501**

3. Within three (3) days after entry of this order, the Plan, the Disclosure Statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee.

4. _____ at the Vancouver Federal Building, 500 W. 12th Street, Second Floor, Vancouver, WA 98660 is fixed for the hearing on confirmation of the Plan.

5. _____, 2015, is fixed as the last day for filing and serving written objections to confirmation of the Plan.

///END OF ORDER///

Submitted by:

/s/ Nicholas J. Henderson
Nicholas J. Henderson, WSBA No. 44626
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Page 2 – ORDER APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN AND TO THE CONFIRMATION OF THE PLAN

**Motschenbacher & Blattner, LLP**
**117 SW Taylor St., Suite 200**
**Portland, OR 97204**
**Phone: (503) 417-0500**
**Fax: (503) 417-0501**

Case 14-45786-PBS    Doc 32-2    Filed 04/13/15    Ent. 04/13/15 13:44:34    Pg. 2 of 2