

ATTORNEYS SERVING PRIVATELY HELD BUSINESSES AND THEIR OWNERS

# MOTSCHENBACHER & BLATTNER LLP

117 SW TAYLOR STREET, SUITE 200, PORTLAND, OR 97204-3029  PHONE 503-417-0500  FAX 503-417-0501

Troy G. Sexton
Direct: 503-417-0517
tsexton@portlaw.com
www.portlaw.com

April 30, 2015

VIA ELECTRONIC FILING

Hon. Paul B. Snyder
U.S. Bankruptcy Court
Western District of Washington
1717 Pacific Ave., Suite 2100
Tacoma, WA 98402

    Re:   *In re: Thuy Lien Hoang and Mark Joseph Hubbard*
            Case No. 14-45786

Dear Judge Snyder:

    As you may recall, our office represents the Debtors in the above-listed Chapter 11 filing. Today, we filed as Docket #35, an Amended Disclosure Statement Dated April 30, 2015 with the Court.

    I am writing this letter to explain the reason we filed the Amended Disclosure Statement, to wit, to address and resolve the U.S. Trustee's objection (please see Docket #34) to our client's initial Disclosure Statement. The amendment was made to solely change the disclosure statement to match the plan's provisions concerning discharge timing.

    I look forward to seeing you at the hearing next Wednesday, May 6, 2015 at 9:00 a.m.

                    Very truly yours,

                    MOTSCHENBACHER & BLATTNER LLP

                    /s/ Troy G. Sexton

                    Troy G. Sexton

cc:    All Parties via CM/ECF electronic notice