Entered on Docket May 13, 2015

**Below is the Order of the Court.**



_Paul B. Snyder_
_____
**Paul B. Snyder
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Thuy Lien Hoang; and<br>Mark Joseph Hubbard<br><br>　　　　　　Debtors. | Case No. 14-45786<br><br>ORDER APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN AND TO THE CONFIRMATION OF THE PLAN |

An amended disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtors on April 30, 2015, with respect to a plan under Chapter 11 of the Code filed by the Debtors, it is hereby

**ORDERED AS FOLLOWS AND NOTICE IS HEREBY GIVEN THAT:**

1. The disclosure statement filed by the Debtors is approved.

2. June 24, 2015, is fixed as the last day for filing written acceptances or rejections of the Plan referred to above.

Page 1 – ORDER APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN AND TO THE CONFIRMATION OF THE PLAN

**Motschenbacher & Blattner, LLP**
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

3. Within three (3) days after entry of this order, the Plan, the Disclosure Statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee.

4. June 30, 2015, at 9:00 a.m. at the Vancouver Federal Building, 500 W. 12th Street, Second Floor, Vancouver, WA 98660 is fixed for the hearing on confirmation of the Plan.

5. June 22, 2015, is fixed as the last day for filing and serving written objections to confirmation of the Plan.

///END OF ORDER///

Submitted by:

/s/ Nicholas J. Henderson
Nicholas J. Henderson, WSBA No. 44626
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Page 2 – ORDER APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN AND TO THE CONFIRMATION OF THE PLAN

**Motschenbacher & Blattner, LLP**
**117 SW Taylor St., Suite 200**
**Portland, OR 97204**
**Phone: (503) 417-0500**
**Fax: (503) 417-0501**

Case 14-45786-PBS    Doc 42    Filed 05/13/15    Ent. 05/13/15 07:50:04    Pg. 2 of 2