Nicholas J. Henderson
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501
Attorney for Debtors Thuy Lien Hoang
and Mark Joseph Hubbard

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>Thuy Lien Hoang;<br>and Mark Joseph Hubbard,<br><br>Debtors. | No. 14-45786<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I, Troy G. Sexton, hereby certify that on May 15, 2015, I served a full and true copy of the foregoing documents:

**Docket No. 28: Proposed Chapter 11 Plan** *dated March 26, 2015*. **Filed by Troy G Sexton on behalf of Thuy Lien Hoang, Mark Joseph Hubbard. (Sexton, Troy)**

**Docket No. 35: Amended Disclosure Statement** *Dated April 30, 2015*. **Filed by Nicholas J Henderson on behalf of Thuy Lien Hoang, Mark Joseph Hubbard. The Hearing date is set for 5/6/2015 at 09:00 AM at Vancouver Federal Building. Response due by 4/29/2015. (Henderson, Nicholas)**

**Chapter 11 Ballot, as required by rule.**

by first class U.S. Mail, postage prepaid, on the parties as listed at the addresses listed on the attached Exhibit "A."

I also certify that on May 15, 2015, I served a full and complete copy of the documents

PAGE 1- CERTIFICATE OF SERVICE

Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 14-45786-PBS    Doc 44    Filed 05/15/15    Ent. 05/15/15 16:28:38    Pg. 1 of 4

1  listed above by U.S. Mail, certified mail return receipt requested, postage prepaid, on the parties

2  as listed at the addresses listed below:

3

4  U.S. Bank National Association  U.S. Bank Home Mortgage
   RCO Legal, P.S.  A division of U.S. Bank N.A.
5  c/o Jennifer L Aspaas  4801 Frederica Street
   13555 SE 36th St.  Owensboro, Kentucky 42301-7441
6  Suite 300
   Bellevue, WA 98006-1489

7
   US Bank  US Bank
8  PO Box 790415  PO Box 5229
   St. Louis, MO 63179-0415  Cincinnati OH 45201-5229

9
   Bank of America, N.A.  Wells Fargo
10 P O Box 982284  Payment Remittance Center
   El Paso, TX 79998-2284  PO Box 54349
11  Los Angeles, CA 90054-0349

12 Wells Fargo Bank, NA  Wells Fargo
   c/o James P Laurick  PO Box 202902
13 732 NW 19th Ave  Dallas, TX 75320-2902
   Portland, OR 97209-1302

14

15 Bank of America
   PO Box 851001
16 Dallas, TX 75285-1001

17

18 Dated: May 15, 2015      /s/ Troy G. Sexton
                            Troy G. Sexton
19

20

21

22

23

24

25

26

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 14-45786-PBS    Doc 44    Filed 05/15/15    Ent. 05/15/15 16:28:38    Pg. 2 of 4

| | | |
|---|---|---|
| | 205 Place Associates, LLC<br>c/o Barry A. Cain, Reg. Agent<br>19767 SW 72nd Avenue<br>Suite 100<br>Tualatin, OR 97062-8354 | Allergy Clinic<br>511 SW 10th Avenue<br>Suite 1301<br>Portland, OR 97205-2780 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Jennifer L Aspaas<br>RCO Legal, P.S.<br>13555 SE 36th St Ste 300<br>Bellevue, WA 98006-1489 |
| | | Clark County Tax Assessor<br>PO Box 5000<br>Vancouver, WA 98666-5000 |
| Discover<br>PO Box 29033<br>Phoenix, AZ 85038-9033 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Gramor Development, Inc.<br>Unit 1127<br>PO Box 2369<br>Portland, OR 97208-2369 |
| Gramor Development, Inc.<br>c/o Kurt Miller, Prop Manager<br>19767 SW 72nd Avenue<br>Suite 100<br>Tualatin, OR 97062-8354 | | Thuy Lien Hoang<br>17710 SE McGillvray Blvd<br>Suite 103<br>PMB 1031<br>Vancouver, WA 98683 |
| Mark Joseph Hubbard<br>17710 SE McGillvray Blvd<br>Suite 103<br>PMB 1031<br>Vancouver, WA 98683 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Immix Law Group PC<br>121 SW Salmon Street<br>Suite 1000<br>Portland, OR 97204-2918 |
| James P Laurick<br>Kilmer Voorhees & Laurick<br>732 NW 19th Ave<br>Portland, OR 97209-1302 | MLC Urgent Care, LLC<br>9710 SE Washington Street<br>Suite B<br>Portland, OR 97216-8407 | Navient Solutions Inc<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1430 |
| Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, PA 18773-9640 | Nordstrom Bank<br>PO Box 79137<br>Phoenix, AZ 85062-9137 | Nordstrom Fsb<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| ODR Bkcy<br>955 Center NE, #353<br>Salem, OR 97301-2555 | PeaceHeath SW Medical Center<br>PO Box 1588<br>Vancouver, WA 98668-1588 | Kathryn E Perkins<br>Office of the United States Trustee<br>700 Stewart St, #5103<br>Seattle, WA 98101-4438 |
| Practice Max<br>9382 E. Bahia Drive<br>Suite B202<br>Scottsdale, AZ 85260-1580 | Sallie Mae<br>Attn: Claims Department<br>PO Box 9400<br>Wilkes Barre, PA 18773-9400 | Sears<br>PO Box 688957<br>Des Moines, IA 50368-8957 |

Exhibit A - Page 1 of 2

Select Portfolio Servicing  
PO Box 65250  
Salt Lake City, UT 84165-0250

T.H.E.  
Great Lakes  
PO Box 3059  
Milwaukee, WI 53201-3059

T.H.E. CONSOL USB AS TRUSTEE  
CLAIMS FILING UNIT  
PO BOX 8973  
MADISON, WI 53708-8973

United States Trustee  
700 Stewart St Ste 5103  
Seattle, WA 98101-4438