Troy G. Sexton, WSBA #48826
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Tel. 503-417-0517
Fax 503-417-0501
tsexton@portlaw.com

The Honorable Paul B. Snyder
United States Bankruptcy Court
Chapter 11 Proceeding

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

IN RE:

THUY LIEN HOANG, and
MARK JOSEPH HUBBARD,

Debtors.

Case No. 14-45786

SUMMARY OF BALLOTS

Pursuant to LBR 3018-1, Thuy Lien Hoang and Mark Joseph Hubbard, the debtors and debtors-in-possession (the "Debtors"), respectfully submit their Summary of Ballots, which is attached as Exhibit A. Counsel for the Debtors personally inspected and tallied each ballot, disallowing insiders' ballots, and accepting each other ballot. In summary, Classes 2 and 3 were eligible to vote on the Debtors' plan of reorganization (the "Plan"). Class 2 unanimously voted to accept the Plan. Seven members of Class 3 voted, with 4 accepting votes totaling $429,904, and 3 rejecting votes of $20,100.

Both impaired voting classes have accepted the Plan in excess of 50% of ballots cast and 66.7% of dollars. One creditor has filed an objection to confirmation of the Plan. The Debtors'

/ / / / /

/ / / / /

Page 1 – SUMMARY OF BALLOTS

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 200
Portland, OR 97204-3029
Telephone: 503-417-0500 • Fax: 503-417-0501

Case 14-45786-PBS    Doc 50    Filed 06/25/15    Ent. 06/25/15 17:03:23    Pg. 1 of 4

understand that the objecting creditor will be withdrawing the motion on the filing of the currently operative Plan.

DATED June 25, 2015.

MOTSCHENBACHER & BLATTNER LLP

/s/ Troy G. Sexton
Troy G. Sexton, WSB #48826
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Tel. 503-417-0517
Fax 503-417-0501
tsexton@portlaw.com
Attorneys for Debtors

Page 2 – SUMMARY OF BALLOTS

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204-3029
Telephone: 503-417-0500 • Fax: 503-417-0501

Case 14-45786-PBS    Doc 50    Filed 06/25/15    Ent. 06/25/15 17:03:23    Pg. 2 of 4

# CERTIFICATE OF SERVICE

I, Troy G. Sexton, hereby certify that I served the foregoing **SUMMARY OF BALLOTS** on the following person(s):

**Served via ECF:**

- Jennifer L Aspaas    ecf@rcolegal.com
- Jessica Bandlow    jbandlow@robinsontait.com
- Sara Cearley    sclearley@robinsontait.com
- Thomas A Buford    Thomas.A.Buford@usdoj.gov, Tara.Maurer@usdoj.gov;martha.a.vandraanen@usdoj.gov
- Nicholas J Henderson    nhenderson@portlaw.com, csturgeon@portlaw.com;tsexton@portlaw.com
- James P Laurick    jlaurick@kilmerlaw.com, tparcell@kilmerlaw.com
- Troy G Sexton    tsexton@portlaw.com, mmyers@portlaw.com
- United States Trustee    USTPRegion18.SE.ECF@usdoj.gov

DATED this June 25, 2015.

/s/ Troy G. Sexton
Troy G. Sexton, WSBA #48826
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR  97204
Tel.  503-417-0517
Fax  503-417-0501
tsexton@portlaw.com
Of Attorneys for Debtors

Page 3 – CERTIFICATE OF SERVICE
H:\NHENDERSON\HOATHU.2885\CHAPTER 11 BANKRUPTCY.001\PLEADINGS\6-25-2015 FILING FOLDER\SUMMARY OF BALLOTS.DOCX
**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 200
Portland, OR  97204-3029
Telephone: 503-417-0500 • Fax: 503-417-0501

Case 14-45786-PBS    Doc 50    Filed 06/25/15    Ent. 06/25/15 17:03:23    Pg. 3 of 4

# EXHIBIT A

## Ballot Summary

| | Yes Votes | No Votes | Yes $ | No $ | >2/3 of Dollars | >50% of Votes | Percent of Dollars | Percent of Votes |
|---|---|---|---|---|---|---|---|---|
| Class 1A: US Bank **UNIMPAIRED** | | | | | | | | |
| Class 1B: US Bank/SPS Servicing **UNIMPAIRED** | | | | | | | | |
| Class 2: Discover Bank 523 Claims | 1 | 0 | $4980 | | Yes | Yes | 100% | 100% |
| Class 3: General Unsecured | 4 | 3 | $429,904 | $20,100 | Yes | Yes | 95.53% | 57.14% |
| Discover | | 1 | | $10,251 | | | | |
| Citi Bank | | 1 | | $9,153 | | | | |
| Wells Fargo | 1 | | $386,528 | | | | | |
| American Express Cenurian Bank 1004 | 1 | | $12,532 | | | | | |
| American Express Cenurian Bank 1008 | 1 | | $20,521 | | | | | |
| American Express Cenurian Bank 1004 | 1 | | $10,321 | | | | | |
| Practice Max | | 1 | | $695 | | | | |