**Below is the Order of the Court.**



_Paul B. Snyder_
_____

**Paul B. Snyder**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>THUY LIEN HOANG; and<br>MARK JOSEPH HUBBARD<br><br>Debtors. | Case No. 14-45786<br><br>FINAL DECREE |

      THIS MATTER came before the Court pursuant to the Application for Entry of Final Decree ("Application") of Thuy Lien Hoang and Mark Joseph Hubbard, debtors-in-possession in this Chapter 11 proceeding ("Debtors"). The Court has considered the Application, any responses, and the records and files in this case. The Court finds that sufficient and timely notice has been given to all appropriate parties. The Court further finds that the Debtors' First Amended Plan of Reorganization (the "Plan") confirmed by

Page 1 – FINAL DECREE

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 14-45786-PBS    Doc 80    Filed 10/02/15    Ent. 10/02/15 15:09:48    Pg. 1 of 3

the Court on July 1, 2015, has been fully administered as required by Federal Bankruptcy Rule of Procedure 3022. In consideration of the foregoing and the lack of any timely objections or the objections having been overruled, good cause has been shown to grant the Application; now, therefore it is

ORDERED as follows:

1. The Application for Entry of Final Decree is GRANTED.

2. After this Order becomes final and non-appealable, the Debtors shall continue to have the authority to bring before this Court for consideration all matters for which the Court retained jurisdiction in the Plan and Confirmation Order.

3. The Debtors' Chapter 11 case should be and hereby is CLOSED.

/// END OF ORDER ///

Presented by:

MOTSCHENBACHER & BLATTNER, LLP

By: /s/ Troy G. Sexton
Troy G. Sexton, WSBA #48826
117 SW Taylor Street, Suite 200
Portland, OR 97204
Tel. 503-417-0517
Fax 503-417-0501
tsexton@portlaw.com
Attorneys for Debtors

Page 2 – FINAL DECREE

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 14-45786-PBS    Doc 80    Filed 10/02/15    Ent. 10/02/15 15:09:48    Pg. 2 of 3

In re: Thuy Lien Hoang and Mark Joseph Hubbard
Case No. 14-45786

CERTIFICATE OF SERVICE

I, Troy G. Sexton, hereby certify that I served the foregoing **FINAL DECREE** on the following person(s):

**Served via ECF:**

- Jennifer L Aspaas     ecf@rcolegal.com
- Jessica Bandlow     jbandlow@robinsontait.com
- Thomas A Buford     Thomas.A.Buford@usdoj.gov, Tara.Maurer@usdoj.gov;martha.a.vandraanen@usdoj.gov
- Nicholas J Henderson     nhenderson@portlaw.com, csturgeon@portlaw.com;tsexton@portlaw.com
- James P Laurick     jlaurick@kilmerlaw.com, tparcell@kilmerlaw.com
- Troy G Sexton     tsexton@portlaw.com, mmyers@portlaw.com
- United States Trustee     USTPRegion18.SE.ECF@usdoj.gov
- 

Dated September 30, 2015

/s/ Troy G. Sexton
Troy G. Sexton, WSBA #48826
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR  97204
Tel.  503-417-0517
Fax  503-417-0501
tsexton@portlaw.com
Of Attorneys for Debtors

Page 3 – FINAL DECREE

**Motschenbacher & Blattner, LLP**
**117 SW Taylor St., Suite 200**
**Portland, OR 97204**
**Phone: (503) 417-0500**
**Fax: (503) 417-0501**

Case 14-45786-PBS    Doc 80    Filed 10/02/15    Ent. 10/02/15 15:09:48    Pg. 3 of 3